RRm

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr3321-JLS |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| LUCIA ALVA-MEDINA, ) | |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about **April 2007**, within the Southern District of California, defendant LUCIA ALVA-MEDINA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

JJO:jam:San Diego
11/27/2007

<u>Count 2</u>

On or about November 14, 2007, within the Southern District of California, defendant LUCIA ALVA-MEDINA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 12/13/07

KAREN P. HEWITT
United States Attorney

*(signed)* for JOSEPH J.M. ORABONA
Assistant U.S. Attorney